UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CASSANDRA NICOLE EWING, | ) | Case No. 05-61028-705 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| STUART JAY RADLOFF, Chapter 7 Trustee | ) | **Adversary No.07-4483-659** |
| | ) | |
| | ) | |
| Plaintiff, | ) | PUBLISHED |
| | ) | |
| -v- | ) | |
| | ) | |
| CASSANDRA NICOLE EWING, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Trustee's Complaint is GRANTED and judgment is entered in favor of Trustee, Stuart Jay Radloff and against Debtor Cassandra Nicole Ewing and the Discharge of Debtor Order entered in Debtor's case on January 17, 2006, is hereby revoked, and judgment is entered against Debtor Cassandra Nicole Ewing in the amount of $5,010.00; and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 28, 2008
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Stuart Jay Radloff
Goldstein & Pressman
121 Hunter Ave., Ste. 101
St. Louis, MO 63124

Stuart Jay Radloff
13321 N. Outer 40 Rd, Suite 800
St. Louis, MO 63017

Cassandra Nicole Ewing
2533 High Ridge Ave
Saint Louis, MO 63136